IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA       )
                                  )
     v.                         )          CR 118-057
                                  )
NATHAN DONALD JOHNSON III    )
_____

**O R D E R**
_____

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved.  (See doc. no. 28.)  Therefore, a motions hearing is not necessary, and all pending motions are **MOOT**.  (Doc. nos. 13, 15-23.)

SO ORDERED this 24th day of October, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA